No. 00–1632. JERCICH v. PETRALIA. C. A. 9th Cir. Certiorari denied.

No. 00–1635. YORK v. WRATHER ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–1641. AETNA U. S. HEALTHCARE, T/A HMO–PA, U. S. HEALTHCARE v. LAZORKO, AS ADMINISTRATOR OF THE ESTATE OF NORLIE. C. A. 3d Cir. Certiorari denied.

No. 00–1644. LANGFELDT ET AL. v. GENESIS MEDICAL CENTER. Ct. App. Iowa. Certiorari denied.

No. 00–1650. SIMON v. QUAKER OATS EMPLOYEE BENEFIT PLAN ET AL. C. A. 7th Cir. Certiorari denied.

No. 00–1652. JORDAN v. ZORC. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 00–1654. SPARKS v. CASH AMERICA INTERNATIONAL, INC., ET AL. Sup. Ct. Ala. Certiorari denied.

No. 00–1658. LAPERTOSA v. MARQUETTE UNIVERSITY. Ct. App. Wis. Certiorari denied.

No. 00–1662. NELSON v. COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 00–1665. WEHBY v. WARD ET UX. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 00–1675. KILGORE ET AL. v. BLACK STONE OIL CO. ET AL. Ct. App. Tex., 9th Dist. Certiorari denied.

No. 00–1676. MASSANOVA ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–1679. SVEC v. MORIARTY. C. A. 7th Cir. Certiorari denied.

No. 00–1681. WOLFE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.